UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LADOVE, INC.,                                                          :
:
                Plaintiff,                           :
:
            -v-                                              :      25 Civ. 6824 (JPC)
:
WESTCHESTER SURPLUS LINES INSURANCE    :      <u>ORDER</u>
COMPANY,                                                               :
:
                Defendant.                           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at yesterday's Initial Pretrial Conference, Plaintiff shall file any amended complaint by September 12, 2025. Defendant's motion to dismiss is due by September 22, 2025. Plaintiff's opposition brief is due by October 9, 2025. Defendant's reply brief, if any, is due October 24, 2025. The parties should also submit a proposed case management plan by September 15, 2025. A model case management plan can be found at the Court's website, https://www.nysd.uscourts.gov/hon-john-p-cronan.

      SO ORDERED.

Dated: September 4, 2025
       New York, New York

                                                    JOHN P. CRONAN
                                          United States District Judge