UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LADOVE, INC.,

                  Plaintiff,

        -v-                           25 Civ. 6824 (JPC)

WESTCHESTER SURPLUS LINES INSURANCE
COMPANY,                             ORDER

                  Defendant.

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a conference on February 12, 2026, at 4:00 p.m. to discuss next steps in this case.  The Court will conduct the conference by teleconference on Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: February 3, 2026
       New York, New York                             JOHN P. CRONAN
                                       United States District Judge