UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LADOVE, INC., Plaintiff, -v- WESTCHESTER SURPLUS LINES INSURANCE COMPANY, Defendant. | 25 Civ. 6824 (JPC) <br> ORDER |

JOHN P. CRONAN, United States District Judge:

On August 10, 2026, the Court ordered the parties to file a joint stipulation of dismissal no later than August 14, 2026. That deadline has now passed. By August 21, 2026, the parties must submit either a status letter or a joint stipulation of dismissal.

SO ORDERED.

Dated: August 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge